UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-411-MOC-DCK-1
3:20-CR-47-MOC-DCK

**UNITED STATES OF AMERICA**,

Vs.　　　　　　　　　　　　　　　ORDER

**JOSE VELAZQUEZ,**

　　　Defendant.

**THIS MATTER** is before the Court on defendant's Motion to Continue Sentencing. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue Sentencing (#39, 3:20cr47) is **GRANTED,** and the Clerk of Court is instructed to place this matter on the next appropriate sentencing calendar. This Order also applies to Defendant's sentencing hearing in Case No. 3:20cr411.

Signed: June 16, 2021

Max O. Cogburn Jr
United States District Judge